IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAULA WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WELLS FARGO HOME | : | |
| MORTGAGE, INC., ET AL. | : | NO. 2:06-CV-03681-LDD |

CIVIL JUDGMENT

AND NOW, this 28th day of December 2006, in accordance with the provisions of Federal Rule of Civil Procedure 58, it is hereby ORDERED as follows:

1. Judgment is entered in favor of defendants Wells Fargo Home Mortgage, Inc., Premier Events, Inc., and H.E.M. Corporation and against plaintiff Paula Williams..

2. The Clerk of Court is directed to mark this action closed for statistical purposes.

BY THE COURT:

/S/LEGROME D. DAVIS
Legrome D. Davis, J.